■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PATTERSON, Appellant. — Judgment of the County Court, Nassau County (Santagata, J.), rendered April 29, 1983, affirmed. No opinion. ¶ This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Mangano, J. P., Bracken, Weinstein and Niehoff, JJ., concur.